

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00159-CV

**IN THE INTEREST OF N.A.L.** and N.R.L., Children

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 29248
Honorable Sergio J. Gonzalez, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is ORDERED that no costs be assessed against appellant R.R.J. because she is indigent.

SIGNED August 21, 2013.

_____
Marilyn Barnard, Justice